**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

JORDIN BOMA,

      **Plaintiff,**

    v.                      **Case No. 2:26-cv-2058-CSB-EIL**

UPPER CRUST FOOD SERVICES, LLC, and
COLLEGE FRESH, LLC,

      **Defendants.**

**<u>DEFENDANTS MOTION FOR LEAVE TO FILE RESPONSIVE PLEADINGS</u>**

NOW COMES Defendants Upper Crust Food Service, LLC and College Fresh, LLC ("Defendants"), by and through the undersigned counsel of record, O'HAGAN MEYER, LLC, and for its Motion for Leave to File Responsive Pleadings, hereby states as follows:

1.      On April 1, 2026, Plaintiff filed her Amended Complaint.

2.      Defendants waived service of the Amended Complaint and had a responsive pleading deadline of June 1, 2026.

3.      On June 1, 2026, after being unable to contact Plaintiff's counsel for consent, Defendants filed a two-week Motion for an Extension of Time to answer or otherwise plead, up through and including June 15, 2026.

4.      As of today's date, June 15, 2026, this Honorable Court has not ruled on Defendants' Motion for Extension of Time.

5.      Defendants seek leave of Court to file their response to Plaintiff's First Amended Complaint today, June 15, 2026, consistent with their requested extension.

#12543804v1

6.    A copy of the Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and the accompanying Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Amended Complaint Pursuant to F.R.C.P. 12(b)(6) is attached here as <u>Exhibit A</u>.

WHEREFORE, for the foregoing reasons, Defendants Upper Crust Food Services, LLC and College Fresh LLC, respectfully requests that this Honorable Court grant this Motion for Leave to File Responsive Pleadings and enter an Order allowing Defendants to file Responsive Pleadings instanter.

Dated this 15th day of June, 2026.                    Respectfully submitted,


By:    _/s/Michael Gilger_____
                    One of the Attorneys for Defendants


Sean G. Rohan (ARDC #6310029)
Michael J. Gilger (ARDC #6345777)
O'HAGAN MEYER
1 E. Wacker Dr., Suite 3400
Chicago, IL 60601
Telephone: 312.422.6100
Facsimile: 312.422.6110
srohan@ohaganmeyer.com
mgilger@ohaganmeyer.com

#12543804v1

## CERTIFICATE OF SERVICE

This is to certify that on this **15th** day of **June** 2026, I electronically filed **Defendants' Motion to Leave to File Motion to Dismiss** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**ATTORNEY FOR PLAINTIFF:**
Ronald S. Langacker
Langacker Law, Ltd.
210 N. Broadway
Urbana, Illinois 61801
(217) 954-1025
ron@langackerlaw.com

/s/Michael Gilger_____
One of the Attorneys for Defendants

Sean G. Rohan
Michael J. Gilger
O'HAGAN MEYER
1 E. Wacker Dr., Suite 3400
Chicago, IL 60601
Telephone: 312.422.6100
Facsimile: 312.422.6110
srohan@ohaganmeyer.com
mgilger@ohaganmeyer.com

#12543804v1